IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DARRYL MIXON, #40415                                              PETITIONER

VS.                                         CIVIL ACTION NO. 3:06CV498TSL-JCS

RONALD KING                                                        RESPONDENT

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this court, the court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the respondents, and that this action is dismissed with prejudice.

SO ORDERED this the 24th day of August, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE